```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03741
  HELMUT J FEI
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-2212


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/19/08 and confirmed on 07/03/08.

   2.  The case was dismissed after confirmation, 01/09/2009.

   3.  The Debtor paid a total of $   2675.00 .

   4.  The Trustee made disbursements to creditors as follows:


--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
BANK OF NEW YORK          CURRENT MORTG         .00           .00           .00
BANK OF NEW YORK          MORTGAGE ARRE         .00           .00           .00
COUNTRYWIDE FINANCIAL     SECURED               .00           .00           .00
COUNTRYWIDE FINANCIAL     MORTGAGE ARRE     5263.05           .00           .00
AMERICAN HONDA FINANCE C  SECURED VEHIC    13575.00        185.93       1463.83
ILLINOIS DEPT REVENUE     PRIORITY         NOT FILED          .00           .00
ASSOCIATED ST JAMES RADI  UNSECURED        NOT FILED          .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED          .00           .00
FIRST PREMIER BANK        UNSECURED        NOT FILED          .00           .00
PALOS COMMUNITY HOSPITAL  UNSECURED        NOT FILED          .00           .00
FALLS COLLECTION SVC      UNSECURED        NOT FILED          .00           .00
SOUTH SUBURBAN HOSPITAL   UNSECURED        NOT FILED          .00           .00
ST JAMES HOSPITAL         UNSECURED        NOT FILED          .00           .00
AMERICAN HONDA FINANCE C  UNSECURED          508.82           .00           .00
         Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED     OTHER          TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  18838.05       .00       508.82       .00       19346.87
PRINCIPAL PAID       1463.83       .00          .00       .00        1463.83
INTEREST PAID         185.93       .00          .00       .00         185.93
TOTAL PAID           1649.76       .00          .00       .00        1649.76
The Debtor's attorney, FELD & KORRUB LLC                , was allowed $   3500.00
and was paid $    500.00  direct and $    870.09  through the plan.

The Trustee received $    155.15 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 03/12/09                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                                    PAGE   2
        CASE NO. 08 B 03741 HELMUT J FEI